# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>C. PFEIFER, et al.,<br><br>Defendant. | Case No. 1:20-cv-01492-EPG (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE**<br><br>**FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF NOT BE ALLOWED TO PROCEED *IN FORMA PAUPERIS* AND INSTEAD BE REQUIRED TO PAY THE FILING FEE**<br><br>(ECF No. 1)<br><br>**THIRTY DAY DEADLINE** |

Plaintiff, Guillermo Trujillo Cruz, is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On October 21, 2020, Plaintiff filed the Complaint commencing this action (ECF No. 1). Plaintiff has not paid the filing fee or submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. For the reasons discussed below, the Court recommends that Plaintiff not be allowed to proceed *in forma pauperis* and that Plaintiff instead be required to pay the filing fee if he wishes to proceed with this action.

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

28 U.S.C. § 1915(g). Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief maybe granted.[1] Plaintiff has been informed in other cases that he is subject to § 1915(g).[2]

Plaintiff has not satisfied the imminent danger exception to § 1915(g). *See Andrews v. Cervantes*, 493 F.3d 1047, 1053-55 (9th Cir. 2007). Plaintiff filed this action on October 21, 2020. His allegations concern events that occurred in April, May, and June 2019. (ECF No. 1.) Plaintiff makes no argument for why or how these events, which he alleges occurred 15 months prior to the date he filed this action, place him in imminent danger of serious physical injury.

Because Plaintiff has accrued three or more strikes and was not under imminent danger of serious physical harm at the time this action was initiated, he should not be allowed to proceed *in forma pauperis* and should instead be required to pay the filing fee in full in order to proceed with this action. *See* 28 U.S.C. § 1915(g).

## ORDER AND RECOMMENDATION

The Court directs the Clerk of Court to assign a district judge to this case.

Based on the foregoing, it is HEREBY RECOMMENDED that, pursuant to 28 U.S.C. § 1915(g), Plaintiff not be allowed to proceed *in forma pauperis* and instead be directed to pay the $400.00 filing fee in full if he wants to proceed with this action.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty (30) days after being served with these findings and recommendations, Plaintiff may file written objections

---

[1] The Court takes judicial notice of the following cases: (1) *Trujillo v. Sherman*, Case No. 1:14-cv-01401-BAM (E.D. Cal.) (dismissed on April 24, 2015 for failure to state a claim); *aff'd* Case No. 15-15952 (9th Cir. May 6, 2016); (2) *Trujillo v. Ruiz*, No. 1:14-cv-00975-SAB (E.D. Cal.) (dismissed on January 6, 2016 for failure to state a claim), *aff'd*, Case No. 16-15101 (9th Cir. December 15, 2017); (3) *Cruz v. Gomez*, Case No. 1:15-cv-00859-EPG (E.D. Cal.) (dismissed on February 3, 2017 for failure to state a claim), *aff'd*, Case No. 17-15358 (9th Cir. October 25, 2017); and (4) *Trujillo v. Gonzalez-Moran*, Case No. 17-15200 (9th Cir.) (dismissed on August 21, 2017 as frivolous).

[2] *See,e.g., Cruz v. Gonzalez*, Case No. 1:17-cv-01548-DAD-JDP (E.D. Cal.) (dismissed on February 19, 2020, for failure to obey court order and failure to pay required filing fee), *appeal dismissed*, Case No. 20-15413 (9th Cir.) (dismissed as so insubstantial as to not warrant further review); *Cruz v. Stebbins*, Case No. 1:17-cv-00789-AWI-GSA (E.D. Cal.(dismissed on September 6, 2018, for failure to comply with court order requiring plaintiff to pay filing fee)

with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **October 22, 2020**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE