1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GUILLERMO TRUJILLO CRUZ,              No. 1:20-cv-01492-DAD-EPG (PC)

12              Plaintiff,

13        v.                              ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS, DENYING *IN*
14   C. PFEIFER, et al.,                  *FORMA PAUPERIS* STATUS, AND
                                          DIRECTING PAYMENT OF FILING FEE
15              Defendants.
                                          (Doc. Nos. 2, 3)
16

17

18

19        Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

21   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22        On October 22, 2020, the assigned magistrate judge issued findings and

23   recommendations, recommending that plaintiff not be allowed to proceed *in forma pauperis* and

24   instead be directed to pay the required filing fee in full if he wishes to proceed with this action

25   because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the

26   allegations in his complaint do not satisfy the "imminent danger of serious physical injury"

27   exception to § 1915(g).  (Doc. No. 2.)  Those findings and recommendations were served on

28

                                          1

plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days from the date of service.  (*Id.*)  On November 12, 2020, plaintiff timely filed objections.  (Doc. No. 4.)  Plaintiff also filed a motion to proceed *in forma pauperis* concurrently with his objections.  (Doc. No. 3.)

Plaintiff's objections appear to outline his contention that he has been in imminent danger since December 2013.  (Doc. No. 4 at 3.)  However, the findings and recommendations concluded that plaintiff was not in imminent danger because he filed this action over 15 months after the events alleged in his complaint occurred.  (Doc. No. 2 at 2.)  Plaintiff's objections fail to address that conclusion or to otherwise explain how he was in imminent danger at the time he filed his complaint in this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's objections (Doc. No. 4), the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on October 22, 2020 (Doc. No. 2) are adopted in full;

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 3) is denied;

3. Within thirty (30) days from the date of service of this order, plaintiff is required to pay in full the $405.00 filing fee for this action;

4. Plaintiff's failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice; and

5. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **December 9, 2020**

_____
UNITED STATES DISTRICT JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28