UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>Plaintiff,<br><br>v.<br><br>C. PFEIFER, et al.,<br><br>Defendants. | No. 1:20-cv-01492-DAD-EPG (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PAY FILING FEE AND DENYING MOTION TO RETAIN PENDING CASE<br><br>(Doc. Nos. 5, 6, 10) |

Plaintiff Guillermo Trujillo Cruz is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2020, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $402.00 filing fee in order to proceed with this action. (Doc. No. 2.) On December 10, 2020, the undersigned adopted those findings and recommendations, denied plaintiff's motion to proceed *in forma pauperis*, and ordered plaintiff to pay the filing fee in full within thirty (30) days. (Doc. No. 5.) Plaintiff was cautioned that his

1

failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action.  (*Id*. at 2.)

On December 29, 2020, plaintiff filed a motion for clarification, which the court construed as a motion for reconsideration of the undersigned's order adopting the magistrate judge's findings and recommendations.  (Doc. No. 7.)  The court denied plaintiff's motion on January 13, 2021, but granted plaintiff an additional twenty-one (21) days to pay the required filing fee.  (Doc. No. 8.)

On February 11, 2021, in lieu of paying the filing fee, plaintiff filed a difficult to decipher motion requesting that the court "retained pending case." (Doc. No. 10.)  In that motion, plaintiff appears to contend that Pelican Bay State Prison release and receiving property staff refused to send plaintiff's legal documents and materials to him.  (*Id.*)  Plaintiff therefore requests that the court "retained this case" until plaintiff "returns back to current institution confined at." (*Id.*)

Plaintiff has not paid the required filing fee and the deadline in which to do so has now passed.  Additionally, plaintiff's motion filed on February 11, 2021 does not state that plaintiff intends to pay the required filing fee and he has not established good cause to extend the time to do so.

Accordingly,

1. Plaintiff's motion (Doc. No. 10) requesting that the court retain his case is denied;
2. This action is dismissed without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 26, 2021**

_____
UNITED STATES DISTRICT JUDGE

2