UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>                    Plaintiff,<br><br>         v.<br><br>C. PFEIFER, et al.,<br><br>                    Defendants. | Case No. 1:20-cv-01492-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO OBTAIN APPELLANT'S OPENING BRIEF WITH THE NINTH CIRCUIT<br><br>(ECF No. 17)<br><br>ORDER DIRECTING CLERK TO SEND A COPY OF THIS ORDER TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's motion requesting a copy of the appellant's opening brief. (ECF No. 17.)

On October 22, 2020, the undersigned issued findings and recommendations recommending that Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) be denied because Plaintiff had suffered three or more prior strike dismissals and that he be ordered to pay the required $402.00 filing fee in order to proceed with this action. (ECF No. 2.) On December 10, 2020, District Judge Dale A. Drozd adopted those findings and recommendations, denied Plaintiff's motion to proceed *in forma pauperis,* and ordered Plaintiff to pay the filing fee in full. (ECF No. 5.) On December 29, 2020, Plaintiff filed a motion for clarification, which District Judge Drozd construed as a motion for reconsideration of the order adopting the undersigned's

findings and recommendations. (ECF No. 7.) District Judge Drozd denied Plaintiff's motion on January 13, 2021, but granted Plaintiff additional time to pay the required filing fee. (ECF No. 8.) On February 11, 2021, in lieu of paying the filing fee, Plaintiff filed a motion requesting that the Court "retained pending case." (ECF No. 10.) On February 26, 2021, District Judge Dale A. Drozd entered an order denying Plaintiff's motion and dismissing this case without prejudice due to plaintiff's failure to obey a court order and to pay the required filing fee. (ECF No. 11.) Judgment was accordingly entered on February 26, 2021. (ECF No. 12.) Plaintiff filed a notice of appeal on March 12, 2021. (ECF No. 13.) Plaintiff's appeal was processed to the Ninth Circuit and Plaintiff was sent a bill for the $505.00 filing fee. (*See* ECF No. 15.)

On March 24, 2021, Plaintiff filed his motion requesting a copy of the appellant's opening brief. (ECF No. 17.) Plaintiff's motion further requested that he be permitted to make installment payments pursuant to 28 U.S.C. § 1915. (*Id.*)

The Court will deny Plaintiff's motion. The appellant's opening brief was not filed with this Court. If Plaintiff seeks copies of documents filed with the Ninth Circuit, he should direct his requests to the Ninth Circuit. Additionally, the Court has already determined that Plaintiff is not entitled to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that:

1. Plaintiff's motion (ECF No. 17) requesting a copy of the appellant's opening brief is DENIED; and
2. The Clerk of Court is directed to send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

Dated:   **March 25, 2021**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE