UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO TRUJILLO CRUZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>C. PFEIFER, et al.,<br><br>                    Defendants. | Case No. 1:20-cv-01492-NONE-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RESPOND TO NOTICE OF APPEAL<br><br>(ECF No. 19) |

Plaintiff Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

Before the Court is Plaintiff's "Motion to Respond to Notice of Appeal Filed March 12, 2021 as Declaration" filed on March 12, 2021, requesting that Plaintiff be permitted to proceed without paying the fee for his appeal and that the Court send him "appellant's opening brief." (ECF No. 19.)

Plaintiff previously filed a separate motion on March 24, 2021, requesting the same relief. (ECF No. 17.) The Court denied that motion by order entered on March 25, 2021. (ECF No. 18.) As the Court explained in its order, the Court has already determined that Plaintiff is not entitled to proceed *in forma pauperis*. (*Id.*) Additionally, the appellant's opening brief was not filed with this Court and if Plaintiff seeks copies of documents filed with the Ninth Circuit, he should direct his requests to the Ninth Circuit. (*Id.*)

The Court will deny Plaintiff's motion for the same reasons explained in its order entered on March 25, 2021.

Further, as Plaintiff has repeatedly filed frivolous and duplicative motions in this case, the Court may deny any future frivolous motions without comment. *See Cruz v. Pfeifer, et al.*, Case No. 1:20-cv-01492-DAD-EPG.

Accordingly, IT IS ORDERED that Plaintiff's Motion to Respond to Notice of Appeal (ECF No. 19) is DENIED.

IT IS SO ORDERED.

Dated:   **March 29, 2021**            /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE